UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SELASSIE ATOKLO,<br>    a/k/a "Selassie Atokolo,"<br>    a/k/a "Selassie Atkolo,"<br><br>                    Defendant. | 22-cr-____ (MKV)<br><br>SEALED ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On application of the government, and with the consent of the Defendant, IT IS HEREBY ORDERED that the transcripts, filings, and other docket entries in this case will be filed under seal until further order by this Court.

IT IS FURTHER ORDERED that no docket entries shall be made in this case until further order by this Court.

IT IS FURTHER ORDERED that counsel for Defendant and the Government may be provided a copy of any transcript of the proceedings in this matter without further order by this Court.

The Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

**SO ORDERED.**

Date:  January 11, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**