UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/22
```

UNITED STATES OF AMERICA,

        -against-

SELASSIE ATOKLO,

   a/k/a SELASSIE ATOKOLO,

   a/k/a SELASSIE ATKOLO,

        Defendants.

1:22-cr-31 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that a change of plea hearing will be held on FRIDAY, FEBRUARY 25, 2022 at 11:30 am.

    The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

**SO ORDERED.**

**Date: February 22, 2022**

*[signature]*
MARY KAY VYSKOCIL
United States District Judge