# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

April 4, 2022

**By ECF**

Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 4/5/2022

    Re:   *United States v. Selassie Atoklo*, 22 Cr. 31 (MKV)

Dear Judge Vyskocil:

    I am counsel of record for Selassie Atoklo in the above-captioned case. I write with the consent of the government and Pretrial Services to seek a modification in Mr. Atoklo's conditions of pretrial release.

    We respectfully request that the terms of Mr. Atoklo's release be modified to allow for the removal of his location monitoring device. All other conditions of Mr. Atoklo's release remain the same, and he has been compliant with all his conditions since his release.

    Thank you for your attention to this matter.

Very truly yours,

William J. Stampur

cc:    AUSA Katherine Reilly (By ECF)  
       AUSA Sagar Ravi (By ECF)  
       PTO Lura Jenkins (By Email)  
       PTO Ashley Cosme (By Email)

**Defendant's request for a modification of the terms of his release is DENIED. SO ORDERED.**

Date: 4/5/2022  
New York, New York

Mary Kay Vyskocil  
United States District Judge

WS/Atoklo/Ltr Rqst to Ct/Mod Bail Cond