# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

June 7, 2022

**By ECF**

Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022
```

      Re:    *United States v. Selassie Atoklo*, 22 Cr. 31 (MKV)

Dear Judge Vyskocil:

      I am counsel of record for Selassie Atoklo in the above-captioned case. I write with the consent of the government and Pretrial Services to seek a modification in Mr. Atoklo's GPS location monitoring pursuant to his bail conditions.

      Mr. Atoklo currently resides with his partner, Afua Fields. We respectfully request Mr. Atoklo be permitted to attend Ms. Field's graduation from the Chamberlain College of Nursing, on Friday, June 10, 2022. The commencement ceremony begins at 11:00 AM at the State Theatre New Jersey, 15 Livingston Avenue, New Brunswick, NJ 08901. We respectfully request Mr. Atoklo be permitted to travel beginning at 9:00 AM and returning home at 5:00 PM on June 10, 2022. This will allow sufficient time for Mr. Atoklo to travel and arrive at the State Theatre and to attend a celebratory luncheon at Cuzin's Seafood – New Brunswick, 78 Albany Street, New Brunswick, NJ 08901 at 1:30 PM.

      Thank you for your attention to this matter.

                                                    Very truly yours,

                                                   *William J. Stampur*  
                                                   William J. Stampur

cc:    AUSA Katherine Reilly (By ECF)  
        AUSA Sagar Ravi (By ECF)  
        PTO Lura Jenkins (By Email)  
        PTO Ashley Cosme (By Email)  
        PTO Izlia Sanchez (By Emai)

WS/Atoklo/Ltr Rqst to Ct/Trvl Partner's Graduation

**Granted. SO ORDERED.**

Date: 6/8/2022  
New York, New York

*Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge