UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/22

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-cr-00031 (MKV) |
| -against- | **ORDER** |
| SELASSIE ATOKLO<br>    a/k/a Selassie Atokolo,<br>    a/k/a Selassie Atkolo,<br>            Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

     ORDER as to Selassie Atoklo. Sentencing for this defendant is scheduled for November 9th, 2022, at 10am.

     The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007 in Courtroom 18C.

**SO ORDERED.**
**Date July 12, 2022**
**New York, NY**

_Mary Kay Vyskocil_
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE