USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SELASSIE ATOKLO,
    a/k/a "Selassie Atokolo,"
    a/k/a "Selassie Atkolo,"

                      Defendant.

22-cr-0031 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The sentencing for Selassie Atoklo scheduled for November 9, 2022 at 11:00 AM is hereby adjourned and rescheduled to November 16, 2022 at 11:30 AM. On or before 10:00 AM on November 14, 2022, the parties shall file a joint letter setting forth their positions on the Guidelines calculation. In so doing, the parties specifically should discuss the offense level applicable to Count Six and whether Count Six should be grouped with the other five Counts. Please include citations to the relevant United States Sentencing Guidelines. Please provide any information regarding the loss amount or other information relevant to the offense level for Count Six.

**SO ORDERED.**

Date: November 8, 2022
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**