USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023

**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 27, 2023

**By ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Selassie Atoklo*, 22 Cr. 31 (MKV)

Dear Judge Vyskocil:

    I write to request an extension of 30 days for Mr. Atoklo to file his amended tax returns for the years 2014 through 2021 as per the Court's Judgment. AUSA Katherine Reilly has no objection to this extension.

    Thank you for your attention to this matter.

Very truly yours,

William J. Stampur

William J. Stampur

cc:    AUSA Katherine Reilly (By ECF)

**Granted. SO ORDERED.**

Date: 1/30/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

WS/Atoklo/Ltr Rqst to Ct/Tax Returns Extension