**MANDATE**

1:22-cr-00031-MKV-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 30 2023

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand twenty-three.

_____

United States of America,

    Appellee,

v.

Selassie Atoklo, AKA Sealed Defendant 1,
AKA Selassie Atokolo, AKA Selassie Atkolo,
AKA Selassie Atokio,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 22-3127

Appellant moves to withdraw the above-captioned appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/30/2023